1010

STEVEN C. RIDGE, Appellant, v ALICE GOLD et al., Defendants, and JAY BRAYMILLER, Respondent.

Decided June 26, 2014

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution.

ROBERT L. SCHULZ, Appellant, v STATE OF NEW YORK EXECUTIVE et al., Respondents. (Index No. 4115-13.)

Decided June 26, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie where the judgment appealed from does not finally determine the action within the meaning of the Constitution (see Flushing Natl. Bank v City of New York, 38 NY2d 999 [1976]; NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).

ROBERT L. SCHULZ et al., Appellants, v NEW YORK STATE EXECUTIVE et al., Respondents. (Index No. 1232-13.)

Decided June 26, 2014

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Third Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, §§ 3 [b] [2]; 5 [b]; CPLR 5601 [b] [2]).